UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

| | |
|---|---|
| Carol Geschke,<br><br>  Plaintiff,<br><br>vs.<br><br>Social & Health Services Department, and<br>Social Security Administration,<br><br>  Defendant. | C06-1256 JCC<br><br>**MINUTE ORDER** |

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Due to a conflict on the Court's calendar, the Settlement Conference scheduled for Friday, December 1, 2006, is hereby rescheduled to Tuesday, December 12, 2006. The parties will proceed from Judge Coughenour's pretrial conference to the chambers of Judge Donohue.

06-CV-01256-ORD

Dated this 27th day of November , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**