1

2

3

4

5

**UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON**

6

7

CAROL GESCHKE,                                    )
                                                 )
8                     Plaintiff,                  )

9          vs.                                    )
                                                 )          **C06-1256 JCC**
10                                               )
SOCIAL & HEALTH SERVICES                          )
11  DEPARTMENT, and SOCIAL SECURITY               )
ADMINISTRATION,                                   )          **MINUTE ORDER**
12                                               )

                      Defendant.

13

The following Minute Order is made at the direction of the Court, the Honorable

14

James P. Donohue, United States Magistrate Judge:

15

16

With the agreement of counsel, the Settlement Conference before Judge Donohue is

17

hereby rescheduled to Friday, December 8, 2006.  The parties will meet in Judge Donohue's

18

chambers on the 12th Floor of the U.S. Courthouse, Seattle, Washington.

19

20

21

22

23                              Dated this 8th day of December , 2006

24

25                              /S/ PETER H. VOELKER
                                 Deputy Clerk

26  **MINUTE ORDER**