IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CAROL GESCHKE, <br><br> Plaintiff, <br><br> vs. <br> Washington State Department of Social and Health Services, SOCIAL SECURITY ADMINISTRATION, <br><br> Defendants. | CV06-1256 <br><br><br> ORDER PERMITTING PLAINTIFF TO AMEND COMPLAINT |

THIS MATTER having come before this court upon motion of Plaintiff, Carol Geschke, to permit filing of the Amended Complaint, as attached to Ms. Geschke's Motion (Dkt. No. 18) and the Court having considered the unopposed motion, and having determined that the motion should be GRANTED, it is now therefore,

ORDERED that Plaintiff is permitted to file her Amended Complaint and she must do so by filing such on this Court's electronic docket no later than ten (10) days after the date of this Order. It is further ORDERED that the caption of this case is hereby amended to remove Washington Sate Department of Social and Health Services, it is

1.

further ORDERED that the Amended Complaint shall relate back to the date of the original filing of the complaint.

DONE IN OPEN COURT this 25th day of January, 2007.

_____
The Honorable Judge John C. Coughenour