UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAROL GESCHKE,

        Plaintiff,

  v.

SOCIAL SECURITY ADMINISTRATION, et al.,

        Defendants.

CASE NO. C06-1256C

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's "Emergency" motion to shorten time and to extend the discovery cutoff in this matter, requested to be heard telephonically (Dkt. No. 46).

First, pursuant to Local Civil Rule 6, motions to shorten time have been abolished. Local Rules W.D. Wash. CR 6(e). Accordingly, Plaintiff's request is invalid. Second, pursuant to Local Civil Rule 7(i), "[n]o request for a telephonic motion shall be considered unless all counsel participate in the call making the request." *Id.* CR 7(i). No bilateral phone call was received. Finally, the discovery period concludes 120 days prior to the trial date in civil matters. *See id.* CR 16(f). Here, the discovery cutoff

//

MINUTE ORDER – 1

1  came and went in January.  Plaintiff's instant motion to extend the discovery period is DENIED.

2  DATED this 2nd day of March, 2007.

3  BRUCE RIFKIN, Clerk of Court

4

5  By  */s/ C. Ledesma*
   Deputy Clerk

26  MINUTE ORDER – 2